IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4012-01-CR-C-SOW |
| | ) | |
| DAVID WAYNE FORBIS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court are the Reports and Recommendations of United States Magistrate William A. Knox regarding defendant Forbis's Motion to Sever Defendant (Doc. #113), Motion for Separate Trial (Doc. #115), Motion to Dismiss Count 18 (Doc. #119), and Amended Motion to Suppress Evidence (Doc. #126). The Reports and Recommendations of the Magistrate in this case are thorough and well-reasoned. This Court agrees with these recommendations and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Forbis's Motion to Sever Defendant (Doc. #113) is denied. It is further

ORDERED that defendant Forbis's Motion for Separate Trial (Doc. #115) is denied. It is further

ORDERED that defendant Forbis's Motion to Dismiss Count 18 (Doc. #119) is denied without prejudice to defendant challenging this count on the ground of vagueness at the time of trial. It is further

1

ORDERED that defendant Forbis's Amended Motion to Suppress Evidence (Doc. #126) is denied.

        /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:   5/8/2006

2

Case 2:05-cr-04012-BCW   Document 231   Filed 05/08/06   Page 2 of 2